UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                                      Case No. 3:22-cr-54

vs.

TIMOTHY KINDER,                         District Judge Michael J. Newman
                                                                    Magistrate Judge Caroline H. Gentry

    Defendant.

---

## ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (DOC. NO. 14)

---

       This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge, recommending that the Court accept Defendant's guilty plea. Doc. No. 14. There being no objections, the Court **ADOPTS** the Report and Recommendation in full. The Court accepts Defendant's plea of guilty as charged in Count One of the Information currently pending against him. Doc. No. 14. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

       **IT IS SO ORDERED.**

Date:  August 26, 2022                                   s/ Michael J. Newman
                                                                            Hon. Michael J. Newman
                                                                            United States District Judge